E-FILED
Friday, 15 January, 2021  03:51:06 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

| | | |
|---|---|---|
| THOMAS HODIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2020L 000189 |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO:   Menard, Inc., c/o Registered Agent: Prentice Hall Corporation, 801 Adlai Stevenson Drive, Springfield, IL 62703

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of this Clerk, Champaign County Courthouse, Urbana, Illinois, within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

WITNESS ___12/30/2020___, 2020.

_Susan W. McGrath_
(Clerk of the Circuit Court)      JH

By:_____
(Deputy)

(seal of Court CHAMPAIGN COUNTY ILLINOIS / CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT)

Plaintiff's Attorney:   Jeffrey D. Frederick, Frederick & Hagle, 129 West Main Street, Urbana, IL 61801, Tel: 217/367-6092, Fax: 217/367-9035, Email: jfrederick@frederickandhagle.com

1

**EXHIBIT A**

I certify that I served this Summons on Defendant as follows:

(a)    (Individual defendant--personal):
By leaving a copy and a copy of the Complaint with each individual defendant personally, as follows:

**Name and address of Defendant**        **Date of Service**

_____    _____

_____    _____

(b)    (Individual defendant--abode):
By leaving a copy and a copy of the Complaint at the usual place of abode of each individual Defendant with a person of her or her family, of the age of **13** years or upwards, informing that person of contents of the Summons, and also by sending a copy of the Summons and of the Complaint in a sealed envelope with postage fully prepaid, address to each individual Defendant at his or her usual place of abode, as follows:

| Name of Defendant | Person and Address with Whom Left | Service Date | Mailing Date |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c)    (Corporation defendant):
By leaving a copy and a copy of the Complaint with the registered agent, officer or agent of each Defendant corporation, as follows:

| Defendant Corporation | Registered Agent, Officer or Agent and Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

I am over 18 years of age and not a party to the action.

Subscribed and sworn before
me this _____ day of     _____, Deputy

_____, 2020.    _____, Sheriff

_____  of _____ County
Notary Public

**Sheriff's Fees for Service:**    Service:    $_____

        Making copies:    $_____

        _____ miles traveled:    $_____

        Cost of mailing copies:    $_____

        Return:    $_____

2

**FILED**

SIXTH JUDICIAL CIRCUIT

12/30/2020 3:54 PM
By: JH

*Susan W. McGrath*

CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

| | | |
|---|---|---|
| THOMAS HODIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | 2020L 000189 |
| vs. | ) | |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, THOMAS HODIS, by his attorneys, FREDERICK & HAGLE, and for his Complaint against the Defendant, MENARD, INC., states as follows:

1. That all of the transactions contained herein took place in the City of Champaign, Champaign County, Illinois on March 25, 2019.

2. That on March 25, 2019, the Plaintiff, THOMAS HODIS, had purchased 11 pieces of prefabricated fence panels from the Menard's Store located at 620 W. Town Center Boulevard, in Champaign, Illinois. He went to that store to pick up the prefabricated fence panels and went into the yard where said prefabricated fence panels were located.

3. That a MENARD, INC.'S employee moved a full pallet of prefabricated fence panels next to MR. HODIS' pick up truck. The pallets were bound with metal bands.

4. A second employee came along with a forklift and intended to load the panels into the Plaintiff's truck.

5. That at all times relevant hereto, it was the duty of the Defendant, MENARD, INC., acting by and through is employees, to exercise ordinary care in the operation of its business, respecting the safety and well-being of others, including the Plaintiff herein.

6. That despite the aforesaid duty, the Defendant breached said duty in one or more of the following ways:

1

a) An employee of the Defendant negligently operated the forklift in reverse, and

the employee negligently failed to properly position the skids containing the

prefabricated fence panels, twisting the pallet, and causing one of the metal bands

to snap;

b) The Defendant's employees and agents negligently operated a forklift and

failed to warn the Plaintiff of impending danger.

7. That as a direct and proximate result of one or more of the foregoing negligent acts

and/or omissions by the Defendant, MENARD, INC., its employee caused a metal band to whip

back with force directly into MR. HODIS' right hand, slicing open his hand and injuring his

fingers, thumb and hand.

8. That as a further direct and proximate result of one or more of the foregoing negligent

acts and/or omissions, the Plaintiff suffered the following injuries and damages:

a) Medical, hospital and surgical expenses which shall continue into the future;

b) Past and future physical pain and suffering which will be permanent;

c) A permanent loss of a normal life;

d) Disfigurement;

e) Lost wages and a diminished earning capacity.

WHEREFORE, the Plaintiff, THOMAS HODIS, prays for judgment against the

Defendant, MENARD, INC., for a sum greatly in excess of Fifty Thousand Dollars, plus costs of

suit.

Respectfully submitted,
THOMAS HODIS, Plaintiff

BY: /s/ Jeffrey D. Frederick
Jeffrey D. Frederick

FREDERICK & HAGLE
Attorneys for Plaintiff
129 West Main Street
Urbana, IL 61801
Tel: 217/367-6092
Fax: 217/367-9025
Email: jfrederick@frederickandhagle.com

2



ESS Clean, Inc.
P O Box 17067
Urbana, IL 61803-7067
217-337-6701

| INVOICE NO. | 43717 |
|---|---|
| DATE | 01/01/21 |

**CUSTOMER**

Lisa Marel
Fredrick & Hagle
129 W Main St
Urbana, IL 61801-2714

**SERVICE LOCATION**

Fredrick & Hagle
129 W Main St
Urbana, IL 61801-2714

| TERMS: Net 30 Days | CUSTOMER NO. 1567 | P.O. NO. | | |
|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | Amount |
| January Cleaning Service | 1.00 | | 465.00 | 465.00 |

ESS Clean offers electronic invoices and electronic payments.  If you are interested please contact Peggy Tobin at peggy@essclean.com. Stay safe, wear a mask, wash your hands and social distance. Happy New Year!

| | | |
|---|---|---|
| Sub-Total | | 465.00 |
| Sales Tax | | |
| TOTAL | | $465.00 |

▼    TO ENSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT    ▼

**ATTENTION:**

Lisa Marel
Fredrick & Hagle
129 W Main St
Urbana, IL 61801-2714

| Customer No. | 1567 |
|---|---|
| Job No. | 1567 |
| Invoice No. | 43717 |
| Invoice Date | 01/01/21 |
| Amount Due | $465.00 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

ESS Clean, Inc.
P O Box 17067
Urbana, IL 61803-7067

FILED
SIXTH JUDICIAL CIRCUIT

12/30/2020 3:54 PM
By: JH

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT *Susan W. McGrath*

CHAMPAIGN COUNTY, ILLINOIS

CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

THOMAS HODIS,  )
         )
    Plaintiff,  )
         )
vs.  )    2020L 000189
         )
MENARD, INC.,  )
         )
    Defendant.  )

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I,  JEFFREY D. FREDERICK, attorney for the Plaintiff, being duly sworn and

under oath, do hereby swear to the truth of the following

1. I am an attorney for the Plaintiff in the above-referenced action.

2. I am familiar with the facts and circumstances of this case.

3. I am of legal age and acting under no legal disability.

4. Based upon my knowledge and understanding of the issues in this case, the total

amount of damages being sought for the personal injuries of the Plaintiff proximately resulting

from the occurrence of 3/25/19, as alleged in this Complaint are in excess of $50,000.00.

Jeffrey D. Frederick

Subscribed and sworn to before me this 31 day of December, 2020.

OFFICIAL SEAL
LISA D. MARKEL
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires July 15, 2021

Notary Public

1